# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YVONNE WOLFE,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　Case No.  **6:09-cv-2116-Orl-19GJK**

**SONIC INDUSTRIES, LLC,**

      **Defendant.**

_____

## ORDER

This case comes before the Court on the Motion for Reconsideration of Court's Order Dismissing Complaint and Motion to Set Aside Joint Dismissal by Yvonne Wolfe (Doc. No. 20, filed Apr. 7, 2010). Plaintiff Yvonne Wolfe violated Local Rule 3.01(g) by failing to certify that her counsel conferred with opposing counsel before filing the present Motion. Accordingly, the Motion for Reconsideration of Court's Order Dismissing Complaint and Motion to Set Aside Joint Dismissal (Doc. No. 20) is **DENIED without prejudice.**

      **DONE** and **ORDERED** in Orlando, Florida on April 19, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties